IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EUGENE FRANCIS HERSCHELMAN,<br><br>    Appellant,<br><br>  vs.<br><br>JOHN SPADARO, et al.,<br><br>    Appellees.<br>_____ | CIVIL 12-00550-LEK-RLP<br>[Bankruptcy No. 12-01775] |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 17, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT APPELLANT'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES BE DENIED," docket entry no. 4, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, November 6, 2012.



/S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**EUGENE FRANCIS HERSCHELMAN V. JOHN SPADARO, ET AL; CIVIL NO. 12-00550 LEK-RLP; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**